No. 45. Joe Maroun, Plaintiff in Error, v. The State of Louisiana. In error to the Supreme Court of the State of Louisiana. Submitted November 4, 1915. Decided November 8, 1915. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Phœnix Ry. Co.* v. *Landis,* 231 U. S. 578, 582; *John* v. *Paullin,* 231 U. S. 583; (2) *Hallinger* v. *Davis,* 146 U. S. 314; *Maxwell* v. *Dow,* 176 U. S. 581; *Jordan* v. *Massachusetts,* 225 U. S. 167, 176; *Frank* v. *Mangum,* 237 U. S. 309, 340. *Mr. A. L. Alexander* and *Mr. Taliaferro Alexander* for the plaintiff in error. *Mr. R. G. Pleasant* for the defendant in error.

---

No. ——. Original. *Ex parte:* In the Matter of Cloyd H. Duncan, Petitioner. Submitted November 9, 1915. Decided November 15, 1915. Motion for leave to file petition for writ of mandamus denied. *Mr. Cloyd H. Duncan pro se.*